■ In the Matter of STANLEY PRESSMENT, a Disbarred Attorney. [637 NYS2d 930] —Motion to confirm the Hearing Panel's report and recommendation is granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective immediately. No opinion. Concur—Sullivan, J. P., Ellerin, Ross, Rubin and Kupferman, JJ.

■ In the Matter of RICHARD D. SAVITSKY, a Suspended Attorney. [637 NYS2d 930] —Motion for confirmation of Hearing Panel's majority report and reinstatement of petitioner as an attorney and counselor-at-law in the State of New York is denied. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Ross, JJ.